UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
——————————————————————————

DIONNE MCKINNIE,

        Plaintiff,

    v.                                        Case No. 07-CV-160

MEIRTRAN INCORPORATED,

        Defendant.

——————————————————————————

## ORDER

On October 29, 2008, defendant Meirtran Incorporated ("Meirtran") filed a motion for summary judgment as to all claims asserted against it by plaintiff Dionne McKinnie ("McKinnie"). (Docket #36). No responsive brief was filed by McKinnie, apparently due to ongoing settlement negotiations. On August 13, 2009, Meirtran moved to withdraw its summary judgment motion, stating that the parties have agreed to settle this matter. (Docket #44). On the same day, McKinnie's counsel filed a letter indicating that McKinnie has no objection to Meirtran's motion to withdraw its summary judgment motion. (Docket #45). The court will grant Meirtran's motion to withdraw its motion for summary judgment, and terminate the motion for summary judgment.

The court will also grant McKinnie's motion to allow the withdrawal of attorney David M. Victor from this case. (Docket #40). Victor has left the law firm representing McKinnie, and neither McKinnie nor Meirtran object to his withdrawal.

Accordingly,

**IT IS ORDERED** that defendant's motion to withdraw its motion for summary judgment (Docket #44) be and the same is hereby **GRANTED**, and the defendant's motion for summary judgment (Docket #36) be and the same is hereby **TERMINATED**;

**IT IS FURTHER ORDERED** that plaintiff's motion to allow David M. Victor to withdraw as counsel for the plaintiff in this case (Docket #40) be and the same is hereby **GRANTED**;

Dated at Milwaukee, Wisconsin, this 21st day of August, 2009.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge